# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
       )    Case No.    2:20-cr-595-MHC
SUBJECT INDIVIDUAL, AS MORE PARTICULARLY )
DESCRIBED IN ATT A TO THE AFFIDAVIT OF SA )
PETRUZZI DATED 9/18/20 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of \_\_\_\_South Carolina\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 15 USC §§ 78j(b) and 78ff(a) | Securities fraud |
| 18 USC §§ 371, 1343, 1348, 1349, 2 | Conspiracy, wire fraud, securities fraud, wire/securities conspiracy |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mark Petruzzi, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by \_\_\_telephone\_\_\_ *(specify reliable electronic means)*.

Date: 18 September 2020

*Judge's signature*

City and state: Charleston, South Carolina

Molly Cherry, U.S. Magistrate Judge
*Printed name and title*